# United States District Court

_____ DISTRICT OF _____

FILED
IN CLERKS OFFICE
2004 OCT -4 P 4:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

DOGWATCH, INC., a Massachusetts Corporation

V.

RUSTY BROUSSARD; JULIE BROUSSARD; and PET STOP OF LOUISIANA, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:


04-12048 MLW

TO: (Name and address of defendant)

RUSTY BROUSSARD
219 EAST LABLANC
MAURICE, LOUISIANA 70775

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERIC BRADFORD HERMANSON
CHOATE, HALL & STEWART
53 STATE STREET
BOSTON, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                   DATE  9-23-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9-28-04 |
| NAME OF SERVER (PRINT) Irby J. Bernard | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 219 East Leblanc Maurice, LA 70775

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
       Date

Signature of Server

BOMBET, CASHIO & ASSOCIATES
Address of Server: 11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
(225) 275-0796 FAX (225) 272-3631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.