UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 OCT 18 A 11:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DOGWATCH, INC., a Massachusetts Corporation | CIVIL ACTION NO. 04CV12048MLW |
| VERSUS | JUDGE MARK L. WOLF |
| RUSTY BROUSSARD; JULIE BROUSSARD; AND PET STOP OF LOUISIANA, A LOUISIANA BUSINESS ENTITY, DEFENDANTS. | MAGISTRATE JUDGE _____ |

## MOTION FOR EXTENSION OF TIME

NOW COME defendants here, **RUSTY BROUSSARD and JULIE BROUSSARD**, both doing business as Pet Stop of Louisiana, and on suggesting to this Honorable Court that defendants were served in Louisiana for this action filed in Massachusetts, and are without contacts in Massachusetts, and on further suggesting that defendants herein are seeking legal counsel to represent them in Massachusetts and require an extension of time within which to do so, defendants respectfully move this Honorable Court for an extension of thirty (30) days within which to file an answer herein.

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

THUS DONE AND SIGNED on this fifteenth day of October, 2004 in Lafayette, Louisiana.

In Proper Person:

Dated: 10-15-04

_____
RUSTY BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

Dated: 10/15/04

_____
JULIE BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

## ORDER

The foregoing motion considered, it is hereby ordered that defendants here, RUSTY BROUSSARD and JULIE BROUSSARD, both doing business as PET STOP OF LOUISIANA, be and they are hereby granted an additional thirty (30) days from the date of the signing of this order with which to file responsive pleadings.

THUS DONE AND SIGNED at Boston, Massachusetts, on this ____ day of _____, 2004.

_____
**HONORABLE MARK L. WOLF
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551