UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 18  A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DOGWATCH, INC., <br> a Massachusetts Corporation | CIVIL ACTION NO. 04CV12048MLW |
| VERSUS | JUDGE MARK L. WOLF |
| RUSTY BROUSSARD; <br> JULIE BROUSSARD; AND <br> PET STOP OF LOUISIANA, <br> A LOUISIANA BUSINESS ENTITY, <br> DEFENDANTS. | MAGISTRATE JUDGE _____ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS FOR IMPROPER VENUE OR ALTERNATIVELY MOTION TO TRANSFER VENUE

1.

Defendants, RUSTY BROUSSARD AND JULIE BROUSSARD ( hereinafter referred to as "defendants"), move to dismiss this action on the ground that it is in the wrong district as per 28 U.S.C. Section 13.91. The defendant alleges (a) the jurisdiction of this court is evoked solely on the ground of diversity of citizenship of the parties, (b) neither defendant is a resident of this district, and instead are residents of the State of Louisiana, (c) a substantial part of the events or omissions giving rise to this claim did not occur in this district, and all such events or omissions occurred within the State of Louisiana and (d) a substantial part of the property that is subject to this action is located within the State of Louisiana.

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

2.

Defendants are not residents of the State of Massachusetts, but are residents of the State of Louisiana, and defending this action in this district will create a financial hardship to the defendants, as shown by the attached affidavit labeled exhibit "A."

3.

Several witnesses, whose testimony will be necessary for defendants' case, reside in the State of Louisiana, and it will be prohibitively expensive to obtain their testimony in the State of Massachusetts.

4.

All of the activities which gave rise to this action occurred in the State of Louisiana.

5.

The State of Massachusetts has no significant relationship to this litigation, and it would be burdensome to impose litigation of this magnitude on this district.

6.

As an alternative to this motion to dismiss, there is available to plaintiff an alternative forum in the State of Louisiana where all the parties to this action are amendable to process and are within the jurisdiction of the forum, and where plaintiff will not be deprived of all remedies or treated unfairly.

7.

Defendants will submit to the jurisdiction of the Federal District Court in the State of Louisiana and will waive any objection to the time limits of any other action brought by plaintiffs in that Court.

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

                                                Respectfully submitted,

Dated: 10-15-04

*[signature]*
RUSTY BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

Dated: 10/15/04

*[signature]*
JULIE BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

## CERTIFICATE OF SERVICE

We, the undersigned defendants, **RUSTY BROUSSARD and JULIE BROUSSARD**, both doing business as Pet Stop of Louisiana, aver that we have this date served copies of these pleadings on counsel for plaintiff, DOG WATCH, INC., by placing same into the U.S. Mail, properly addressed with sufficient postage affixed thereto.

Lafayette, Louisiana this 15th day of October, 2004.

Dated: 10-15-04

_____
RUSTY BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

Dated: 10/15/04

_____
JULIE BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551