UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 OCT 18 A 11: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DOGWATCH, INC.<br>a Massachusetts Corporation | CIVIL ACTION NO. 04CV12048MLW |
| VERSUS | JUDGE MARK L. WOLF |
| RUSTY BROUSSARD;<br>JULIE BROUSSARD; AND<br>PET STOP OF LOUISIANA,<br>A LOUISIANA BUSINESS ENTITY,<br>DEFENDANTS. | MAGISTRATE JUDGE _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS FOR LACK OF JURISDICTION OVER THE PERSON OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

1.

Defendants, RUSTY BROUSSARD AND JULIE BROUSSARD both doing business as Pet Stop of Louisiana, (hereinafter referred to as "defendants"), never applied for and never received a certificate of authority to do business in the State of Massachusetts.

2.

Plaintiff, DOGWATCH, INC., (hereinafter referred to as "DOGWATCH, INC."), filed suit in the above captioned matter on September 23, 2004.

3.

Defendants were served in the above captioned matter on September 28, 2004.

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

4.

The defendants were not doing business in that State of Massachusetts and as such, are not subject to the jurisdiction of this court.

5.

The defendants never maintained any office, bank account, mailing address, telephone listing, or other business facility in the State of Massachusetts. All of defendants offices, bank accounts, etc. are located in the State of Louisiana.

6.

The defendants never had any affiliates, or subsidiaries which engaged in business in the State of Massachusetts. All such affiliates, or subsidiaries are located in the State of Louisiana.

7.

The defendants never owned any property in the State of Massachusetts, nor have they ever paid nor been called upon to pay any Massachusetts sales or property tax. All property owned by defendants is in the State of Louisiana.

8.

The defendants never placed advertising in any publication printed in the State of Massachusetts. All advertising is done in the State of Louisiana.

9.

All customers and/or clients of defendants have resided in the State of Louisiana, and all discussions arising between the parties took place either on the telephone in calls between Louisiana and Massachusetts, or in personal meetings in Louisiana. No meetings were ever had in Massachusetts.

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

10.

All sales, installations, training and other business activities were conducted solely within the State of Louisiana.

11.

Neither the defendants nor any officers or employees of the defendants attended any industry meetings or conventions in the State of Massachusetts.

12.

DOGWATCH, INC. exercises no control over the activities or methods of sale of any of the DOGWATCH, INC. dealers, including the defendants, who ordered Dogwatch products. The dealers were completely independent men and women.

13.

In the alternative, the defendants move the Court to enter summary judgment for the defendants on the ground that there is no genuine issue as to any material fact, and that the defendants are entitled to judgment as a matter of law.

14.

The motion is based upon the contention that an employment franchise or business contract between the plaintiff, DOGWATCH, INC., and the defendants, RUSTY BROUSSARD AND JULIE BROUSSARD, and PET STOP OF LOUISIANA, does not exist.

15.

The defendants allege the plaintiff has falsely asserted the existence of an employment contract between the parties which forms the basis of this lawsuit.

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

16.

The defendants aver that in the absence of an employment contract between the plaintiff and defendants, the plaintiff cannot show a genuine issue as to any material fact and as such the defendant is entitled to a judgment as a matter of law.

WHEREFORE, defendants, RUSTY BROUSSARD AND JULIE BROUSSARD both doing business as Pet Stop of Louisiana pursuant to rules 12(B)(2)(5) of the Federal Rules of Civil Procedure request that the Court enter an order dismissing the complaint against the defendants, RUSTY BROUSSARD AND JULIE BROUSSARD both doing business as Pet Stop of Louisiana, on the ground that this Court lacks jurisdiction over their person.

Respectfully submitted,

Dated: 10-15-04

_____
RUSTY BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

Dated: 10/15/04

_____
JULIE BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

**CERTIFICATE OF SERVICE**

We, the undersigned defendants, RUSTY BROUSSARD and JULIE BROUSSARD, both doing business as Pet Stop of Louisiana, aver that we have this date served copies of these pleadings on counsel for plaintiff, DOG WATCH, INC., by placing same into the U.S. Mail, properly addressed with sufficient postage affixed thereto.

Lafayette, Louisiana this ___ day of October, 2004.

Dated: 10-15-04

_____
RUSTY BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

Dated: 10/15/04

_____
JULIE BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551