UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 18  A 11: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DOGWATCH, INC., <br> a Massachusetts Corporation | CIVIL ACTION NO: 04CV12048MLWRI |
| VERSUS | JUDGE MARK L. WOLF |
| RUSTY BROUSSARD; <br> JULIE BROUSSARD; AND <br> PET STOP OF LOUISIANA, <br> A LOUISIANA BUSINESS ENTITY, <br> DEFENDANTS. | MAGISTRATE JUDGE _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**RUSTY BROUSSARD AND JULIE BROUSSARD** both doing business as Pet Stop of Louisiana, being duly sworn, state:

1.

We are residents of the State of Louisiana, Parish of Lafayette, and our address is 219 East LeBlanc Street, Maurice, Louisiana 70555. At no time have we lived on, entered into any contracts in, nor worked within the State of Massachusetts.

2.

At no time have we entered into an employment contract, or any other contract with Dogwatch, Inc., either in Massachusetts nor in any other state or location. No written contract exists between the parties to this litigation.

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551

Respectfully submitted,

Dated: /0-15-04

_____
RUSTY BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

Dated: 10/15/04

_____
JULIE BROUSSARD,
doing business as Pet Stop of Louisiana
219 East LeBlanc Street
Maurice, Louisiana 70555

Subscribed and sworn to before me on this ____ day of October, 2004.

_____
**NOTARY PUBLIC**
**STATE OF LOUISIANA**

THE
GLENN ARMENTOR
LAW CORPORATION
300 STEWART STREET
LAFAYETTE, LA
70501

(318) 233-1471
1-800-960-5551