UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOGWATCH, INC., | ) | CIVIL ACTION |
|  | ) | NO. 04-CV-12048-MLW |
| Plaintiff, | ) |  |
|  | ) | ASSENTED-TO MOTION |
| v. | ) | TO EXTEND PLAINTIFFS' TIME |
|  | ) | TO RESPOND TO DEFENDANTS' |
| RUSTY BROUSSARD; et al. | ) | MOTIONS TO DISMISS AND |
|  | ) | FOR SUMMARY JUDGMENT |
| Defendants. | ) |  |

FILED
IN CLERKS OFFICE
2004 NOV -1 P 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

With the assent of the Defendants in this action, Plaintiff DogWatch, Inc. ("DogWatch") respectfully seeks for a brief extension of time, until November 10, 2004, to respond to, reply to, object to, or move to strike Defendants' Motions to Dismiss for Lack of Jurisdiction, for Improper Venue, and for Extension of Time, and to countermove for sanctions in connection therewith.

Respectfully submitted:

DOGWATCH, INC.

Eric B. Hermanson (BBO #560256)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
617-248-5000

Dated: November 1, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
and pdf
1-1-04