UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOGWATCH, INC., | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | NO. 04-CV-12048-MLW |
| | ) | |
| v. | ) | **ASSENTED-TO MOTION** |
| | ) | **TO FURTHER EXTEND PLAINTIFFS'** |
| | ) | **TIME TO RESPOND TO DEFENDANTS'** |
| RUSTY BROUSSARD; et al. | ) | **MOTIONS TO DISMISS AND** |
| | ) | **FOR SUMMARY JUDGMENT** |
| Defendants. | ) | |

With the assent of all Defendants in this action, Plaintiff DogWatch, Inc. ("DogWatch") respectfully seeks a brief further extension of time, until November 29, 2004, to respond to, reply to, object to, or move to strike Defendants' Motions to Dismiss for Lack of Jurisdiction, for Improper Venue, and for Extension of Time (hereinafter "Motions"), and to countermove for sanctions in connection therewith.

As grounds for this motion, DogWatch states that the parties are negotiating towards a global settlement of the claims asserted in the Amended Complaint. The extension will permit the parties to complete negotiations and – if settlement is successful – to dismiss the action without the need for DogWatch to respond to, or the Court to act on, the Motions.

Respectfully submitted:

DOGWATCH, INC.

_____
Eric B. Hermanson (BBO #560256)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
617-248-5000

Dated: November 9, 2004