UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOGWATCH, INC., | ) | CIVIL ACTION |
| | ) | NO. 04-CV-12048-MLW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RUSTY BROUSSARD; et al. | ) | |
| | ) | |
| Defendants. | ) | |

## PRELIMINARY NOTICE OF SETTLEMENT

With the assent of all Defendants in this action, Plaintiff DogWatch, Inc. ("DogWatch") advises the Court that the parties have reached a settlement in principle of the above-captioned matter. DogWatch and Defendants are hopeful that a final consent decree will be presented to the Court for entry within the next thirty to sixty days.

DogWatch respectfully seeks to defer, until further notice, any action on Defendants' Motions to Dismiss for Lack of Jurisdiction, for Improper Venue, and for Extension of Time (hereinafter "Motions").

Respectfully submitted:

DOGWATCH, INC.

_[signature]_

Eric B. Hermanson (BBO #560256)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
617-248-5000

Dated: December 1, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 12-1-04