UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOGWATCH, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>RUSTY BROUSSARD; JULIE BROUSSARD; and PETSTOP OF LOUISIANA, a Louisiana business entity,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-CV-12048-MLW<br><br>**JOINT STIPULATION FOR ENTRY OF JUDGMENT** |

Plaintiff DogWatch Inc. ("DogWatch") and Defendants Rusty Broussard, Julie Broussard, and PetStop of Louisiana ("Defendants") having stipulated and agreed, the Court orders as follows:

1. Judgment is entered in favor of DogWatch, on Count II of the Complaint, for declaratory judgment. This Court hereby orders that DogWatch is entitled to utilize the warranty information submitted to it, and to contact those customers who have submitted warranty information, in order to advise them of warranty, product, and related developments;

2. Defendants, their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those acting in concert with or in participation with Defendant, shall be and hereby are **PERMANENTLY ENJOINED** from imitating, copying, making any other unauthorized use of the name DOGWATCH, or any other term, mark, or name that is confusingly similar to DOGWATCH; or from identifying itself in any way using the name DOGWATCH, whether as a trade name, trademark, domain name, corporate name, abbreviation, shorthand reference, or otherwise; or from maintaining any corporate or

trademark registration or Internet domain name using the name DOGWATCH, or any name confusingly similar thereto.

Respectfully submitted:

RUSTY BROUSSARD, JULIE
BROUSSARD AND PETSTOP
OF LOUISIANA

By counsel,

_____
Stephen Gaubert
GLENN ARMANTOR LAW
CORPORATION
300 Stewart Street
Lafayette, Louisiana

DOGWATCH, INC.

_____
Eric B. Hermanson (BBO #560256)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
617-248-5000

**SO ORDERED.**

_____
Hon. Mark L. Wolf, U.S.D.J.
Dated:   December ___, 2004