FILED
IN CLERKS OFFICE

2005 FEB -1  P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOGWATCH, INC., a )
Massachusetts corporation, ) CIVIL ACTION
) NO. 04-CV-12048-MLW
Plaintiff, )
) **JOINT STIPULATION OF**
v. ) **DISMISSAL**
)
RUSTY BROUSSARD; JULIE )
BROUSSARD; and PETSTOP OF )
LOUISIANA, a Louisiana )
business entity, )
)
Defendants. )
)

Pursuant to Fed. R. Civ. P 41(a), and subject to the settlement agreement of the parties, the parties to this action hereby stipulate and agree that this action shall be dismissed, with prejudice, without costs or attorneys' fees to either party.

Respectfully submitted:

RUSTY BROUSSARD, JULIE          DOGWATCH, INC.
BROUSSARD AND PETSTOP
OF LOUISIANA

By counsel,
                                 _____
_____      Eric B. Hermanson (BBO #560256)
Stephen Gaubert                  CHOATE, HALL & STEWART
GLENN ARMANTOR LAW               Exchange Place
CORPORATION                      53 State Street
300 Stewart Street               Boston, MA 02109
Lafayette, Louisiana             617-248-5000

Dated: December 10, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: and pdf  2-1-05